

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LARRY SANDERS, JR.** | : | **DOCKET NO. 2:08-cv-663** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **DANNY HERMAN TRUCKING, INC., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the Motion to Remand filed by Larry Sanders [Doc. 6] be, and it is hereby GRANTED and the clerk of court is hereby DIRECTED to prepare a copy of the record and forward the same to the 3rd Judicial District Court for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of October, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE